UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY S. FONTECCHIO,

      Plaintiff,

v.

      Case No. 10-14762
      Hon. Gerald E. Rosen
      Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    January 26, 2012

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On August 29, 2011, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Amy S. Fontecchio's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's August 29, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #10) is GRANTED, and Plaintiff's motion for summary judgment (docket #9) is DENIED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  January 26, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2012, by electronic and/or ordinary mail.

        s/Ruth A. Gunther
        Case Manager